157 A.3d 490

COMMONWEALTH of Pennsylvania, Respondent

v.

Justin NICHOLSON, Petitioner

No. 136 WAL 2016

Supreme Court of Pennsylvania.

September 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.